Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−17899−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J Romanienko                                      Victoria A Romanienko
   639 Barron Avenue                                        aka Victoria A Irizarry
   Woodbridge, NJ 07095                               639 Barron Avenue
                                                               Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−4309                                                      xxx−xx−0870
Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 18, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 32
Order Granting Application for Extension of Loss Mitigation (Related Doc # 32). Loss Mitigation Period Extended to: 2/10/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/18/2016. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 18, 2016
JJW: dmi

                                                                                 James J. Waldron
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Peter J Romanienko  
Victoria A Romanienko  
     Debtors

Case No. 16-17899-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 18, 2016  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
lm         +Bank of New York Mellon,   420 Montgomery St.,   c/o Wells Fargo Bank,
           San Francisco, CA 94104-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:

        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert  Russo   docs@russotrustee.com  
        Charles G. Wohlrab   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com  
        Joshua  Humphries   on behalf of Joint Debtor Victoria A Romanienko jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com  
        Joshua  Humphries   on behalf of Debtor Peter J Romanienko jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com

                                                                                                                                   TOTAL: 7