Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  16−17899−KCF
           Chapter:  13
           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter J Romanienko                                          Victoria A Romanienko
  639 Barron Avenue                                           aka Victoria A Irizarry
  Woodbridge, NJ 07095                                    639 Barron Avenue
                                                                         Woodbridge, NJ 07095

Social Security No.:
  xxx−xx−4309                                                    xxx−xx−0870

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 21, 2016.

    On February 1, 2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                   March 8, 2017
Time:                  10:00 AM
Location:           Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
    **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 2, 2017
JAN: wdr

                                                                                            Jeanne Naughton
                                                                                           Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                        Case No. 16-17899-KCF
Peter J Romanienko                                            Chapter 13
Victoria A Romanienko
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: Feb 02, 2017
                              Form ID: 185                Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db/jdb         +Peter J Romanienko,    Victoria A Romanienko,    639 Barron Avenue,    Woodbridge, NJ 07095-3104
lm             +Bank of New York Mellon,    420 Montgomery St.,    c/o Wells Fargo Bank,
                 San Francisco, CA 94104-1207
cr             +Nationstar Mortgage LLC,    Aldridge Pite LLP,    4375 Jutland Dr,    Ste 200,    POB 17933,
                 San Diego, CA 92177-7921
516136493      +Buckley Madole, PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
516136494      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516136495      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
516136498       Skylands Energy Servicing,    415 Main Street,    Three Bridges, NJ 08887
516304350      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
516136500      +Wells Fargo Bank/Nationstar,    420 Montgomery Street,    San Francisco, CA 94104-1298
516340218       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2017 21:25:55      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2017 21:25:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516162793       E-mail/Text: mrdiscen@discover.com Feb 02 2017 21:25:51      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
516136496      +E-mail/Text: mrdiscen@discover.com Feb 02 2017 21:25:51      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
516136497       E-mail/Text: cio.bncmail@irs.gov Feb 02 2017 21:25:52      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516136499      +E-mail/Text: collect@williamsalexander.com Feb 02 2017 21:25:53      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Buckley Madole, PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
516162795*      Discover Bank,    Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A
               Trust, Mortgage Pass-Through Certificates Series 2005-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust,
               Mortgage Pass-Through Certificates Series 2005-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Joshua  Humphries    on behalf of Joint Debtor Victoria A Romanienko
               jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 02, 2017
                              Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua   Humphries    on behalf of Debtor Peter J Romanienko jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com
                                                                                                                               TOTAL: 7