Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Peter J Romanienko**
**Victoria A Romanienko**

Case No..: **16-17899-KCF**
Judge: **Kathryn C. Ferguson**
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original
☐ Motions Included

☐ Modified/Notice Required
■ Modified/No Notice Required

■ Discharge Sought
☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

a. The Debtor shall pay **870.00 Monthly*** to the Chapter 13 Trustee, starting on **5/1/2016** for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ■  Future Earnings
   ☐  Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ■ Loan modification with respect to mortgage encumbering property
  Description: **639 Barron Ave Woodbridge NJ**
  Proposed date for completion: **November 30, 2016**

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Joshua Humphries 013332008 | Attorney Fees | 2,432.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Wells Fargo Bank/Nationstar** |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Skylands Energy Servicing** | **639 Barron Avenue Woodbridge, NJ 07095 Middlesex County Value from CMA provided by Todd Higgins of Re/Max 1st Advantage dated April 22, 2016.** | 0.00 |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

____    Not less than $____ to be distributed *pro rata*

__X__   Not less than __100__ percent

____    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ■ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
   1) Trustee Commissions
   2) **Other Administrative Claims**

4

|   |   |   |
|---|---|---|
| 3) | Secured Claims | |
| 4) | Lease Arrearages | |
| 5) | Priority Claims | |
| 6) | General Unsecured Claims | |

### d. Post-petition claims

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### e. Other Provisions:

**\*This plan is a step plan or has lumpsum payments as follows: $870.00 per month for 5 months, then $874.00 per month for 55 months**

**Debtor's propose to pay 100% to general unsecured non-priorty creditors.**

**Debtors have entered into a permanent Loan Modification, that was approved by the Court on November 30, 2016.**

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **07/13/2016**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **To fulfill the duties included in the Order Approving the Permanent Loan Modification.** | **Entering language that the Loan Modification has been approved.** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ■ Yes    ☐ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **February 1, 2017**        /s/ Joshua Humphries
                                     **Joshua Humphries 013332008**
                                     Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   **February 1, 2017**        /s/ Peter J Romanienko
                                     **Peter J Romanienko**
                                     Debtor

Date:   **February 1, 2017**        /s/ Victoria A Romanienko
                                     **Victoria A Romanienko**
                                     Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 16-17899-KCF
Peter J Romanienko                                                  Chapter 13
Victoria A Romanienko
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 02, 2017
                              Form ID: pdf901          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db/jdb         +Peter J Romanienko,   Victoria A Romanienko,   639 Barron Avenue,   Woodbridge, NJ 07095-3104
lm             +Bank of New York Mellon,   420 Montgomery St.,   c/o Wells Fargo Bank,
                 San Francisco, CA 94104-1207
cr             +Nationstar Mortgage LLC,   Aldridge Pite LLP,   4375 Jutland Dr,   Ste 200,   POB 17933,
                 San Diego, CA 92177-7921
516136493      +Buckley Madole, PC,   99 Wood Avenue South,   Suite 803,   Iselin, NJ 08830-2713
516136494      +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516136495      +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,   Po Box 790040,
                 St Louis, MO 63179-0040
516136498       Skylands Energy Servicing,   415 Main Street,   Three Bridges, NJ 08887
516304350      +THE BANK OF NEW YORK MELLON,   Nationstar Mortgage LLC,   PO Box 619096,   Dallas TX 75261-9096
516136500      +Wells Fargo Bank/Nationstar,   420 Montgomery Street,   San Francisco, CA 94104-1298
516340218       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2017 21:25:55      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2017 21:25:55      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516162793       E-mail/Text: mrdiscen@discover.com Feb 02 2017 21:25:51      Discover Bank,
                 Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
516136496      +E-mail/Text: mrdiscen@discover.com Feb 02 2017 21:25:51      Discover Financial,
                 Attn: Bankruptcy,   Po Box 3025,   New Albany, OH 43054-3025
516136497       E-mail/Text: cio.bncmail@irs.gov Feb 02 2017 21:25:52      Internal Revenue Service,
                 Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516136499      +E-mail/Text: collect@williamsalexander.com Feb 02 2017 21:25:53      Waassociates,   Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Buckley Madole, PC,   99 Wood Avenue South,   Suite 803,   Iselin, NJ 08830-2713
516162795*      Discover Bank,   Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A
               Trust, Mortgage Pass-Through Certificates Series 2005-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust,
               Mortgage Pass-Through Certificates Series 2005-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Joshua  Humphries    on behalf of Joint Debtor Victoria A Romanienko
               jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Feb 02, 2017
                               Form ID: pdf901          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Joshua   Humphries    on behalf of Debtor Peter J Romanienko jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com

        TOTAL: 7