Melissa Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

**Order Filed on February 19, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Peter J Romanienko,<br>Victoria A Romanienko,<br><br>Debtors. | Chapter 13<br><br>Case No. 16-17899-KCF<br><br>Hearing Date: November 14, 2018 at 9:00 a.m.<br><br>Judge: Kathryn C. Ferguson |
|---|---|

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: February 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Peter J Romanienko and Victoria A Romanienko |
| Case No.: | 16-17899-KCF |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-2 ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 639 Barron Ave., Woodbridge, NJ 07095;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtors as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17899-KCF
Peter J Romanienko                                                      Chapter 13
Victoria A Romanienko
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         +Peter J Romanienko,    Victoria A Romanienko,    639 Barron Avenue,    Woodbridge, NJ 07095-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A
               Trust, Mortgage Pass-Through Certificates Series 2005-2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust,
               Mortgage Pass-Through Certificates Series 2005-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Joshua   Humphries    on behalf of Debtor Peter J Romanienko jhumphries@keaveneylegalgroup.com,
               jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Joshua   Humphries    on behalf of Joint Debtor Victoria A Romanienko
               jhumphries@keaveneylegalgroup.com,    jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust,
               Mortgage Pass-Through Certificates Series 2005-2 bkyefile@rasflaw.com
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A
               Trust, Mortgage Pass-Through Certificates Series 2005-2 NJ_ECF_Notices@McCalla.com
                                                                                                 TOTAL: 9