Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 16–17899–MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter J Romanienko<br>639 Barron Avenue<br>Woodbridge, NJ 07095 | Victoria A Romanienko<br>aka Victoria A Irizarry<br>639 Barron Avenue<br>Woodbridge, NJ 07095 |
| Social Security No.:<br>xxx–xx–4309 | xxx–xx–0870 |

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 30, 2021</u>            <u>Michael B. Kaplan</u>
                                                  Judge, United States Bankruptcy Court